# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

**FILED**

2004 JUN 25 P 4: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Date: 6/16/04
Docket Number: 03-2312-pr
Short Title: Austin v. Murphy
DC Docket Number: 02-cv-1437
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable William Garfink
DC Initials CT/New Haven

Austin,

    Plaintiff-Appellant,

v.

Murphy,

    Respondent-Appellee.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 16th day of June two thousand one.

The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, <u>inter</u> alia,

either pay the docketing fee or move for leave to proceed <u>in forma pauperis</u>,

and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice.

The Appellant herein not having so proceeded, upon consideration thereof,
it is ordered that the appeal from the order of April 3, 2003 United States District Court for the District of Connecticut of New Haven be and it hereby is dismissed.

For the Court,
Roseann B. MacKechnie, Clerk

By: Yolanda Siders
Deputy Clerk

Certified: JUN 16 2004

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK